

**NUMBER 13-14-00200-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**THE STATE OF TEXAS,** **Appellant,**

**v.**

**RHONDA ROMBS,** **Appellee.**

**On appeal from the County Court at Law No. 2
of Nueces County, Texas.**

# Order

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

The Court previously abated this appeal and remanded the cause to the trial court for entry of findings of fact and conclusions of law, as requested by the State. *See State v. Cullen*, 195 S.W.3d 696, 700 (Tex. Crim. App. 2006). Thereafter, the trial court entered written findings and conclusions, which have been filed with the Court in a supplemental clerk's record in compliance with the Court's order. Accordingly, the Court

now REINSTATES the appeal, which shall proceed as follows.

The State shall have twenty days from the date of this order to file its appellate brief with the Court. The appellee shall have twenty days from the date the State files its brief to file her appellate brief.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of October, 2014.